# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ARKANSAS et al.; )<br>)<br>Defendants. )<br>)<br>_____ ) | CIVIL ACTION NO:<br>4:09-CV-00033-JLH |

## UNITED STATES' MOTION TO COMPEL ENTRY UPON LAND

Plaintiff, the United States, moves the Court pursuant to Federal Rule of Civil Procedure 37 to compel Defendants State of Arkansas, et al., ("State"), to allow the United States to enter the Conway Human Development Center ("CHDC") over two days to inspect the facility and specified documents and to interview residents and staff, under reasonable conditions, with an expert in the area of physical therapy. The United States has filed a contemporaneous Memorandum of Law in support of this motion. The United States has conferred in good faith with the State on the disputed issue and has not been able to resolve the disagreement without the intervention of the Court.

On October 15, 2009, the United States notified the State of its intention to retain a physical therapy expert in this matter and requested that the State allow the United States to conduct a limited, two-day tour of CHDC with the physical therapy expert. Negotiations ensued over the following month. Despite multiple

-2-

proposed tour dates and the United States' acceptance of many limitations proposed by the State, the State conditioned the tour on the United States' acceptance of stringent requirements regarding future occurrences that could ultimately affect the United States' ability to litigate this case in a fair manner.  Still, since the State did not absolutely refuse access for the tour, the United States continued to negotiate in good faith to resolve the dispute without seeking Court intervention.

On November 17, 2009, the State stated that it was still considering the request, but tentatively proposed a tour the week of November 30.  The United States immediately accepted the proposed week and sent the State a Notice for Entry Upon Land for a tour December 2-3, 2009.  On November 24, 2009, the State objected to the Entry Upon Land and stated that a tour could not occur until after mid-December.  The United States' experts' reports are due December 23, 2009.

As detailed in the United States' accompanying Memorandum of Law, the State has provided no adequate justification for its refusal to grant the United States and its physical therapy expert access for a two-day tour in sufficient time in advance of the December 23 expert report due date.  Accordingly, the United States respectfully requests that the Court order the State to allow access for the December 2-3, 2009 tour.

If access cannot be provided during the week of November 30, 2009, then the United States respectfully requests that:  (a) the United States be granted leave from the December 23, 2009 expert report due date with respect to the physical

-3-

therapy expert's report; (b) the Court order the State to allow the physical therapy expert to tour CHDC in January 2010; and (c) the Court permit the physical therapy expert file her expert report three weeks following the conclusion of the tour.

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division
Attorney for Plaintiff


SHANETTA Y. CUTLAR
Chief
Special Litigation Section
Attorney for Plaintiff


BENJAMIN O. TAYLOE, JR.
Special Counsel
Special Litigation Section
Attorney for Plaintiff


  s/ Kerry Krentler Dean
KERRY KRENTLER DEAN
CHRISTOPHER N. CHENG
ARETHEA A. COLES
LAURA COON
JACQUELINE K. CUNCANNAN
VINCENT HERMAN
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 514-6255

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2009, I electronically filed Plaintiff's Motion to Compel Entry Upon Land with Supporting Memorandum of Law with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

THOMAS B. YORK
3511 North Front Street
Harrisburg, PA 17110
(717) 236-9675
(717) 236-6919 (fax)
tyork.yorklegalgroup.com

DONALD B. ZAYCOSKY
York Legal Group LLC
3511 North Front Street
Harrisburg, PA 17110
717-236-9675
dzaycosky@yorklegalgroup.com

LORI L. FRENO
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1314
lori.freno@arkansasag.gov

    Respectfully submitted,

    __/s Kerry Krentler Dean
    KERRY KRENTLER DEAN
    Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    Special Litigation Section
    950 Pennsylvania Ave, NW
    Washington, DC  20530
    (202) 514-6255
    (202) 514-6903 (fax)
    kerry.k.dean@usdoj.gov