IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                    Civil Case No. 4:09CV00033 HLJ

STATE OF ARKANSAS, et al.                                              DEFENDANTS

## ORDER

Defendants are hereby directed to file no later than Wednesday, December 2, 2009, responses to Plaintiff's Motion to Compel Entry Upon Land (DE #27) and Motion to Compel (DE #29).

SO ORDERED this 30th day of November, 2009.

_____
United States Magistrate Judge