# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                         Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al*.                                             DEFENDANTS

## ORDER

On May 6, 2010, the United States filed an action against the State of Arkansas alleging that the State discriminates against persons with disabilities in violation of the Americans with Disabilities Act. That action, Case No. 4:10CV00327, was assigned to The Honorable Susan Webber Wright.

On May 14, 2010, Judge Wright directed the United States to explain why that action should not be assigned to the undersigned judge as a related case to this action or as a matter of judicial economy. The United States has responded and stated that it construes the Local Rules as requiring the random selection of a judge. The State has filed a notice of related case requesting that Case No. 4:10CV00327 be treated as a case related to this one under Local Rule 40.1 and General Order 39, and that that action be reassigned to this judge for the sake of avoiding duplicative discovery and to benefit overall judicial economy.

It is apparent that Case No. 4:10CV00327 presents factual and legal issues that overlap with the factual and legal issues in this case. The Court believes that judicial economy will be served by direct assignment of Case No. 4:10CV00327 to the undersigned judge.

Accordingly, the Court directs the Clerk to reassign Case No. 4:10CV00327 to the undersigned judge.

IT IS SO ORDERED this 27th day of May, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE