**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        CASE NO. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*                                                                DEFENDANTS

**PROTECTIVE ORDER**

It appears to this Court that the plaintiff has requested in discovery copies of "Arkansas Attorney General investigations regarding CHDC residents from January 1, 2007 to present." The requested documents are solely in the custody and possession of the Medicaid Fraud Control Unit of the Arkansas Attorney General's Office, and State law requires that they be kept confidential. Although these documents are not in the possession of any of the defendants or their counsel, defendants do not object to these documents being made available to the plaintiff.

IT IS THEREFORE ORDERED that these documents be made available to counsel for plaintiff and defendants.

IT IS FURTHER ORDERED that these documents and any information contained within them may be used only in connection with preparing and presenting the present case to this Court, or for other legitimate law enforcement purposes by the United States.

IT IS FURTHER ORDERED that any documents obtained by the parties shall remain in their custody. Plaintiff, defendants, and anyone acting for or on their behalf shall not in any manner, directly or indirectly, transfer or communicate any of the documents or information contained within them to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order. Nothing in this provision, however, shall preclude

the United States from transferring or communicating these documents to its various components in order to carry out its law enforcement functions or where it is otherwise required to do so by law.

IT IS SO ORDERED this 30th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE