**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*                                         DEFENDANTS

**ORDER**

For the reasons stated on the record at a telephone hearing conducted today, the motion to compel of the United States is granted in part and denied in part. The motion to compel is granted with respect to request No. 46 of the eighth request. The motion to compel is denied as moot in all other aspects. Document #77.

For the reasons stated on the record, defendants' motion for partial summary judgment is denied. Document #74. Likewise, the motion of the United States for partial summary judgment is denied. Document #78. The motion in limine and to strike declarations of plaintiff's experts is denied. Document #87.

Defendants' request for the Court to tour the Conway Human Development Center is denied. Document #90. However, as stated on the record during the telephone hearing, the Court may decide during the trial that it is necessary to tour the facility in order to understand the evidence more fully, and if the Court so decides, the Court will announce from the bench that a tour will be conducted.

The motion for protective order is granted. Document #108. A protective order will be entered separately.

IT IS SO ORDERED this 30th day of July, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE