# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                              Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*                                                                     DEFENDANTS

## ORDER

On June 8, 2010, the defendants filed a motion to compel. By letter dated June 30, 2010, the Court directed the plaintiff to provide supplemental answers on or before July 8, 2010. The Court also directed that the parties confer in good faith thereafter to resolve any outstanding issues. The Court stated that if any issues remained after that conference, counsel for the plaintiff should notify the Court by supplemental motion what specific issues require resolution by the Court. No supplemental motion has been filed. Therefore, the Court assumes that all issues have been resolved. The motion to compel is therefore denied as moot. Document #66.

IT IS SO ORDERED this 23rd day of August, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE