**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                              Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*                                                                              DEFENDANTS

**ORDER**

The motion by the State of Arkansas to quash the subpoenas of Marcia Harding and Janet Estes is DENIED. Document #129. The United States of America has shown good cause for the fact that the subpoenas were not issued until after the discovery deadline and a substantial need for the documents that are the subject of those subpoenas. The Court therefore directs that Janet Estes and Marcia Harding provide the documents requested in those subpoenas by 5:00 p.m. CDT on August 26, 2010.

IT IS SO ORDERED this 23rd day of August, 2010.

                                                                                    _____
                                                                                    J. LEON HOLMES
                                                                                    UNITED STATES DISTRICT JUDGE