**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*                                                DEFENDANTS

<u>**ORDER**</u>

The United States has moved *in limine* to exclude legal opinions by the defendants' experts.

The Court will consider objections to questions that may call for a legal conclusion as those

questions are presented at trial.  Therefore, the motion *in limine* is DENIED.  Document #145.

IT IS SO ORDERED this 26th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE