# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 4:09CV00033 JLH

STATE OF ARKANSAS, *et al.*     DEFENDANTS

## AMENDED ORDER

The defendants have filed a motion for extension of time to file a reply to plaintiff's post-trial brief. The motion is GRANTED. Document #220. The deadline for defendants to file a reply to plaintiff's post-trial brief is extended up to and including March 17, 2011. The deadline for the plaintiff to file a reply to the defendants' post-trial brief is likewise extended up to and including March 17, 2011. Should the United States government close operations for some period of time, the due date for the reply briefs of both parties will be extended, with a new due date to be set when governmental operations resume.

IT IS SO ORDERED this 28th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE