IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                       Case No. 4:09CV00033 JLH

STATE OF ARKANSAS; MIKE BEEBE,
Governor of the State of Arkansas, in his official
capacity only; JOHN M. SELIG, Director of the
Arkansas Department of Human Services, in his official
capacity only; JAMES C. GREEN, Ph.D., Director
of the Arkansas Division of Developmental
Disabilities Services, in his official capacity only;
and CALVIN PRICE, Superintendent of the
Conway Human Development Center, in his
official capacity only                                                                DEFENDANTS

**FINAL JUDGMENT AND DECREE**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of June, 2011.

                                                                                          _____
                                                                                          J. LEON HOLMES
                                                                                          UNITED STATES DISTRICT JUDGE