**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        No. 4:09CV00033 JLH

STATE OF ARKANSAS; MIKE BEEBE,
Governor of the State of Arkansas, in his official
capacity only; JOHN M. SELIG, Director of the
Arkansas Department of Human Services, in his official
capacity only; JAMES C. GREEN, Ph.D., Director
of the Arkansas Division of Developmental
Disabilities Services, in his official capacity only;
and CALVIN PRICE, Superintendent of the
Conway Human Development Center, in his
official capacity only                                                                             DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered on February 6, 2012, and the amended declaration filed by defense counsel on February 10, 2012, judgment is hereby entered in favor of the defendants and against the plaintiff in the amount of $150,580.00 as costs of the action.

IT IS SO ORDERED this 13th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE